HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| KIRKWOOD ASSOCIATION, a Washington non-profit corporation,<br><br>Plaintiff,<br><br>vs.<br><br>STATE FARM FIRE & CASUALTY COMPANY, an Illinois corporation; and DOE INSURANCE COMPANIES 1-10,<br><br>Defendants. | NO. 2:18-cv-01231-JLR<br><br>STIPULATED MOTION FOR DISMISSAL & ORDER<br><br>NOTE ON MOTION CALENDAR:<br>October 29, 2019 |

Pursuant to F.R.C.P. 41(a)(1) and LR 10(g), the parties stipulate that all claims in this action shall be dismissed with prejudice without fees or costs awarded to either party. The parties request that the case be closed.

///

///

///

///

STIPULATED MOTION FOR DISMISSAL – 1
Case: 2:18-cv-01231-JLR

067826.000043 Kirkwood Stipulated Mot Dismiss.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152

DATED this 29th day of October, 2019.

By *s/ Michael S. Rogers*
Michael S. Rogers, WSBA 16423
Reed McClure
Attorneys for Defendant State Farm
1215 Fourth Avenue, Suite 1700
Seattle WA 98161-1087
206.292.4900 – Phone
206.223.0152 – Fax
mrogers@rmlaw.com


By *s/ Justin D. Sudweeks*
Justin D. Sudweeks, WSBA 28755
Daniel Stein, WSBA 48739
Jessica Burns, WSBA 49852
Jerry Stein, WSBA 27721
Stein, Sudweeks & Stein PLLC
Attorneys for Plaintiff
2701 First Avenue, Suite 430
Seattle WA  98121
206.388.0660 – Phone
206.286.2660 – Fax
dstein@condodefects.com

IT IS SO ORDERED.

DONE this 29 day of October, 2019.

_____
HONORABLE JAMES L. ROBART

STIPULATED MOTION FOR DISMISSAL – 2
Case: 2:18-cv-01231-JLR

067826.000043 Kirkwood Stipulated Mot Dismiss.docx

REED McCLURE
ATTORNEYS AT LAW
FINANCIAL CENTER
1215 FOURTH AVENUE, SUITE 1700
SEATTLE, WASHINGTON 98161-1087
(206) 292-4900; FAX (206) 223-0152